UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

February 16, 2016

MEMO TO COUNSEL RE: Clayland Farms Enterprises, LLC v. Talbot County, Maryland, et al.
Civil No. JFM-15-2410

Dear Counsel:

I have reviewed the memoranda submitted in connection with defendants' motion to remand.

I think the most practical course to follow would be for plaintiff to dismiss the action without prejudice. Plaintiff could then refile the action in the Circuit Court for Talbot County and omit any references to the federal Constitution. The case can then proceed in Talbot County only where essentially state law issues are presented.

I would appreciate you advising me on or before February 23, 2016 as to whether or not this proposed course of action makes sense to you.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

J. Frederick Motz
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2016 FEB 16 PM 4:24

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY